UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STEVEN BELL | CIVIL DOCKET NO. 6:21-CV-03896-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| STATE OF LOUISIANA | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [ECF 9] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED that the instant Petition [ECF 1 and 4] be DISMISSED WITH PREJUDICE as time barred.

THUS, DONE AND SIGNED in Chambers on this 3rd day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE